Opinion by WALKER, J. It was stipulated that the leather in question is the same as that the subject of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229). The claim at 20 percent under paragraph 1530 (c) and the French Trade Agreement was therefore sustained.

No. 44740.—Protests 990737–G, etc., of Alfred Schnuerer, Inc. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of chamois leather of the same character as that passed upon in *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229). The claim at 20 percent under paragraph 1530 (c) and T. D. 48316 was therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 15, 1940

No. 44741.—Protests 726782–G, etc., of Alawo & Co. (Portland, Oreg.).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44742.—Protests 22452 K of Wolf Greenspan & Sons (New York).

Opinion by KINCHELOE, J. It was stipulated that the mats in question are similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

No. 44743.—Petition 5885–R of Zephyr Electric Co. (St. Paul).

Opinion by DALLINGER, J. Government counsel contended that the petitioner was very careless in connection with the entries involved and not sufficiently diligent in ascertaining the values of the imported merchandise. The court held that the record disclosed that the importer was entirely unskilled in customs work but found that he was not careless which, in itself, would not bar granting the petition. *United States* v. *Fish* (268 U. S. 607) cited. It was held that the entry was made without any intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

No. 44744.—Petition 5897–R of National Merchandise Corp. (Los Angeles).

Opinion by DALLINGER, J. Being satisfied from the record of the good faith of the petitioner and that there was no intention to defraud the revenue or to conceal or misrepresent the facts, the court granted the petition.

BEFORE THE THIRD DIVISION, NOVEMBER 15, 1940

No. 44745.—Petition 5792–R of Sabine Transportation Co., Inc. (Galveston).